**DISMISS and Opinion Filed December 5, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00846-CV**
_____

**CAMAYA BROWN, Appellant**
**V.**
**BETTY LARRY, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02398-2023**

## MEMORANDUM OPINION

Before Justices Nowell, Miskel, and Kennedy
Opinion by Justice Kennedy

On October 5, 2023, we sent a letter to the parties questioning our jurisdiction because the judgment did not appear to be definite regarding the award of back rent. We directed appellant to file a letter brief addressing our jurisdiction by October 16, 2023. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. By order dated October 23, 2023, we extended the time to file appellant's letter brief until November 6, 2023. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE

230846F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAMAYA BROWN, Appellant

No. 05-23-00846-CV        V.

BETTY LARRY, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas

Trial Court Cause No. 006-02398-2023.

Opinion delivered by Justice Kennedy. Justices Nowell and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 5, 2023